UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT A. GRAY,<br><br>                     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | NO:  2:13-CV-3101-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Rodgers' September 30, 2014, Report and Recommendation, **ECF No. 21**, to grant Plaintiff's Motion for Summary Judgment, **ECF No. 17**, to deny Defendant's Motion for Summary Judgment, **ECF No. 18,** and to remand the case to the ALJ to reconsider the medical opinions and provide specific, valid reasons for the weight assigned to each opinion.  Plaintiff is represented by D. James Tree.  Assistant United States Attorney Michael C. Ormbsy, Assistant United States Attorney Pamela J. DeRusha, and Special Assistant United States Attorney Erin F. Highland represent

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Defendant. On October 14, 2014, Defendant filed timely objections to the Report and Recommendation. ECF No. 22. Plaintiff filed a response on October 22, 2014. ECF No. 23.

The Court has reviewed and considered the Report and Recommendation, Defendant's objections, and Plaintiff's response. Having reviewed the September 30, 2014, Report and Recommendation, ECF No. 21, *de novo*, the Report and Recommendation, **ECF No. 21**, is **ADOPTED in its entirety**.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **GRANTED**.
2. Defendant's Motion for Summary Judgment, **ECF No. 18**, is **DENIED**.
3. This matter is hereby remanded to the Administrative Law Judge consistent with the Conclusions and Recommendations of the Magistrate Judge's Report and Recommendations. (*see* ECF No. 21 at 12).
4. The parties shall bear their own costs.

**IT IS SO ORDERED.** The District Court Clerk is directed to file this Order, provide a copy to counsel.

**DATED** this 6th day of November 2014.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                             Chief United States District Court Judge